1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD FARRIES,                    1:04-cv-05011-AWI-LJO-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATIONS** (Doc. 9)
13   vs.
                                  **ORDER DISMISSING ACTION**
14   DEPT. OF CORRECTIONS, et al.,

15              Defendants.
     _____/
16

17        Plaintiff, Richard Farries ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On March 9, 2005, the Magistrate Judge concluded that the

23   complaint must be dismissed.  The Magistrate Judge gave notice of

24   the pleading deficiencies in the complaint, namely that the

25   complaint failed to link the named Defendants to the alleged

26   violation of Plaintiff's Eighth Amendment Rights.   The

27   Magistrate Judge then granted Plaintiff leave to filed an amended

28   complaint within thirty days.

                                     1

1    When Plaintiff did not file an amended complaint, on May 4,

2  2005, the Magistrate Judge filed Findings and Recommendations

3  that recommended this action be dismissed for Plaintiff's failure

4  to obey the court's order and Plaintiff's failure to state a

5  claim.  The Findings and Recommendations were served on Plaintiff

6  and which contained notice to Plaintiff that any objections to

7  the Findings and Recommendations were to be filed within twenty

8  (20) days.  To date, Plaintiff has not filed objections to the

9  Magistrate Judge's Findings and Recommendations.

10    In accordance with the provisions of 28 U.S.C. § 636

11 (b)(1)C), this court has conducted a de novo review of this case.

12  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

13 (9th Cir. 1983).  Having reviewed the file, the court adopts the

14 recommendation that the action be dismissed.   No complaint is

15 currently on file in this action, and this case cannot proceed

16 with a complaint on file.   Further, the original complaint was

17 properly dismissed for failure to state a claim upon which the

18 court could grant relief.   See Noll v. Carlson, 809 F. 2d 1446,

19 1448 (9th Cir. 1987) (prisoner must be given notice of

20 deficiencies and opportunity to amend prior to dismissing for

21 failure to state a claim).

22    The court cannot manage its docket if it maintains cases in

23 which a plaintiff fails to keep an operative complaint on file by

24 filing an amended complaint.  The public's interest in the

25 expeditious resolution of litigation weighs heavily in favor of

26 dismissal of such cases so that the court's limited resources may

27 be spent on cases in which the litigant is actually proceeding.

28 Public policy favoring disposition of cases on their merits also

1   has little or no weight in actions where the plaintiff lacks

2   enough of an interest to file an amended complaint.  The public

3   and the court have no interest in determining the truth or

4   falsity of the allegations that Plaintiff might raise in an

5   amended complaint if Plaintiff never files an amended complaint.

6   The availability of less drastic sanctions has been considered,

7   but given that no complaint is on file, the court has no

8   effective sanction but to close the case.

9          Accordingly, IT IS HEREBY ORDERED that:

10         1.    The Findings and Recommendations, filed May 4, 2005,

11   are ADOPTED IN FULL; and,

12         2.    This action is DISMISSED, without prejudice, for

13   plaintiff's failure to obey the court's order of March 9, 2005,

14   and for failure to state a claim upon which relief may be

15   granted.

16   IT IS SO ORDERED.

17   **Dated:    June 15, 2005**              **/s/ Anthony W. Ishii**
     0m8i78                        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28